UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff            )     CRIMINAL NO. _08mj0030_
                                   )
                                   )          ORDER
       vs.                         )
                                   )     RELEASING MATERIAL WITNESS
Ricardo Ortiz-Mendoza             )
                                   )
                                   )     Booking No. 06859298
              Defendant(s)         )
_____   )

On order of the United States District/Magistrate Judge, CATHY ANN BENCIVENGO

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:   (Bond Posted / Case Disposed / Order of Court).

Indalis Munoz-Flores #

DATED: _1-17-08_

RECEIVED _____
                  DUSM

                                         CATHY ANN BENCIVENGO
                                   _____
                                   UNITED STATES DISTRICT/MAGISTRATE JUDGE

                                                    OR

                                   W. SAMUEL HAMRICK, JR.   Clerk

                                   by _____
                                              Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082