FILED

JAN 17 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0144-JLS |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., |
| ) | Secs. 1324(a)(1)(A)(ii) and |
| RICARDO ORTIZ-MENDOZA, ) | (v)(II) - Transportation of |
| aka Ulysses Gonzalez, ) | Illegal Aliens and Aiding and |
| ) | Abetting |
| Defendant. ) | |

The United States Attorney charges:

On or about January 2, 2008, within the Southern District of California, defendant RICARDO ORTIZ-MENDOZA, aka Ulysses Gonzalez, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Bolivar Rodriguez-Cardenas, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 1/17/08.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:drh: San Diego
1/4/08