AO 455 (Rev. 5/85)  Waiver of Indictment

**FILED**

**UNITED STATES DISTRICT COURT**

JAN 1 7 2008

**SOUTHERN  DISTRICT OF CALIFORNIA**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    _____

UNITED STATES OF AMERICA

v.

RICARDO ORTIZ-MENDOZA,
aka ~~Ulysses~~ Gonzalez
  *Ulisess*

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 0144-JLS

I, RICARDO ORTIZ-MENDOZA, aka Ulysses Gonzalez, the above-named defendant, who is accused of

committing the following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of
> Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open

court on _____1/17/08_____ prosecution by indictment and consent that the proceeding may be by

information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
        Judicial Officer