FILED

08 MAR 11 PM 4:16

UNITED STATES DISTRICT COURT

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>ULISESS GONZALEZ AKA Ricardo Ortiz Mendoza,<br><br>    Defendant(s). | Case No.: 08 CR 0144 JLS<br><br>**ORDER** |

## ORDER

**GOOD CAUSE APPEARING** it is hereby ordered that the $500.00 cash deposit for the material witness bond on behalf of the material witness **BOLIVAR RODRIGUEZ CARDENAS** be returned to the surety listed in the bonding documents, to wit: Marilu Acosta, 160528 Maple Street, Apt C 30, Hillsborough, OR 97123.

Dated: March 11, 2008

The Honorable William McCurine, Jr.
United States Magistrate Judge

08 CR 0144 JLS